FILED

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMIA**

Leave to file without
Prepayment of Cost **GRANTED**

AMINULLAH
Camp Delta
Washington, D.C. 20355

Petitioner

v.

GEORGE W. BUSH, President of the United States

DONALD RUMSFELD, Secretary, United States Department of Defense

JAY HOOD, Army Brigadier General, Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army Colonel, Commander, Joint Detention Operations Group-JTF-GTMO

Respondents

Civil Action No.

CASE NUMBER 1:05CV01237

JUDGE: Ellen Segal Huvelle

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T02235

Page One

To the Committee

united states district court for The
district of columbia 333 constitution
Avenue. N.W. washington D.C 20001

Around the month of Aqrab 1381 ((TN: month of Aqrab converts to October 23-November 21 2002)) on the basis of false reports and conspiracies of area workers, I was arrested as an innocent man from my home at night, and was interrogated. I was expecting to be released after the investigations, the provided information, and facts, but unfortunately my fate brought me to Cuba. My tribunal took place approximately 5 months ago on 20050210, and the tribunal informed me, that I was an enemy combatant. I do not understand, with what proof, evidence, or what crime I was considered and enemy combatant.. Even though that I am a poor man, and besides my two children I do not have anyone, and preoccupied with my family's problems. I have no affiliation with the TALEBAN or any other organizations and no other situations have taken place in our area.
The help of our America friends, to rid of the TALEBAN, and help with schools, hospitals, road reconstruction, farming, and humanitarian aid is appreciated and well viewed. And now with the aid of the Americans the sun of peace has risen in Afghanistan, and I am hopeful that our country will move forward.
Page 2
that the noble people of Afghanistan will have a peaceful life, and that our nation be free from the oppression, free from TALEBAN and other armed men that for years made our people suffered. Also during the time of the TALEBAN, I was imprisoned two times and they killed one of my close friends without reason. The TALEBAN carried out extremely brutal operations, which made everyone despise them. Now I am helpless. Why am I the enemy or a danger to America? Why are you calling your friend an enemy? There is no merit to the false reports and the conspiracy. You can contact the current government official and get information regarding my situation in order to be certain and the truth be proven to you, so that I could be released, and join my lonely, and hopeless family, and live a peaceful life. I hope that my petition is precisely translated in order to avoid any problem, that my problems be solved.

With Respect
((Signed)) AMINULLAH

Feb-22-2005

FILED

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1237

GUAN-2005-T 02235

بکمیته

united states district court for The
district of colombia 333 constitution
Avenue. N.W. Washington D.C 20001

خودم تقریباً در برج عقرب سال ۱۳۸۱ بر اساس راپورهای دروغین و مغرضانه دشمنان افغان مطلق بی گناه در خانه خود از طرف شب دستگیر و تحت بازپرسی قرار گرفتم و منتقل شدم بعد از تحقیقات و معلومات و واقعیت در بیان ثبوت نشد و رها گردم لیکن متأسفانه که فرستادنم به کیوبا رسانیدند و تقریباً مدت پنج ماه قبل محکمه هم صورت گرفت و بتاریخ 15.9.2005 حکم محکمه برایم ابلاغ گردید که شما دشمن جنگی هستید.

من نمیدانم که چرا بدون ثبوت و شواهد و اسناد و قوم و وظایف من دشمن جنگی شده‌ام. حال اینکه من یک شخص غریب و بیکس میباشم که بجز از وظایف ملکی هیچ نداشتم و مصروف مشغولیت عایلی خود میباشم و با طالبان و هیچ گروه تنظیم ارتباط ندارم و اکنون و کیفیت صحی هم در منطقه مادی بی خرد است.

و خود را دوست امریکایی ها در از بین بردن طالبان و عمار مجدد مکاتب و شفاخانه ها و ترمیم سرکها و زراعت و غیره کمک های بشر دوستانه شما را به چشم سر دیده و قابل قدر میدانم و اکنون که به کمک امریکا در افغانستان صلح طولانی بوده و امیدوارم تا وطن ما ترقی نموده و مردم

ترتیب رفقا نشدن ادامه زندگی نمایید و ملت مظلوم ما از دست طالبان و شیخ تفنگداران
که سالها مردم ما را رنج داده بود بعد شدند رها شوند و خودم نیز در وقت زمان طالبان دو مرتبه محبوس
شده ام و یک بار دوستان دیگر سینه ها یکی گله به قتل رسانیدند. و طالبان عملی وحشیانه
اعمالها را انجام داده اند که همه مردم از آنها نفرت دارند. پیش من بیچاره چرا دشمن و
خطر برای امریکا می باشم و چرا من دوستان تان را دشمن می نامید. خود همچنان در راه تجدید نظر
و عفو طوده و به راپورهای دروغ دشمن کاران ارزش نداده و در رابطه به من از تمام مسولین
حکومت فعلی معلومات گرفته میتوانید تا اطمینان شان حاصل شود و در وقت برای ثبوت گرده
و رها شوم تا به فامیل یکجا شوم و به سرپرستی خود یکجا شده ادامه زندگی نمایم
خود همچنین ورقه حضور دقیق ترجمه کرده تا مشکلی رخ نداده و مشکلاتم مرفوع گردد

با احترام

Feb 22 2005