
Steven T. Wax
Assistant Federal Public Defender
steve_wax@fd.org
Ruben L. Iñiguez
Assistant Federal Public Defender
ruben_iniguez@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Bryan E. Lessley
Assistant Federal Public Defender
bryan_lessley@fd.org
151 W. Seventh, Suite 510
Eugene, Oregon 97401
541- 465-6937 Telephone
541-465-6975 Facsimile

**Attorneys for Petitioner**

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMINULLAH,<br><br>                    Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                    Respondents. | CV 05-1237-ESH<br><br>NOTICE OF APPEARANCE |

    Federal Public Defender Steven T. Wax, Assistant Federal Public Defender Bryan E. Lessley, and Assistant Federal Public Defender Ruben L. Iñiguez hereby give notice of their appearance as counsel for the above-referenced petitioner.  On October 14,

2005, an order was entered in this district appointing various Federal Public Defender offices to represent petitioners in approximately 51 habeas corpus cases filed by detainees in Guantánamo Bay, Cuba. The order signed by Chief Judge Thomas F. Hogan identified individual Federal Public Defender offices as counsel for individual petitioners. That order identified the Federal Public Defender for the Central District of Los Angeles as counsel for Mr. Al Ginco. Subsequently, that office has determined that it cannot undertake the representation. Following consultation with Chief Judge Hogan, he has approved substitution of the Federal Public Defender for the District of Oregon in his order of October 14, 2005, and this office's appearance in this case if that is agreeable with this Court. Terry Marcus Henry, attorney at the United States Department of Justice, has no opposition to the appearance of the Federal Public Defender for the District of Oregon as counsel in this case.

      Respectfully submitted on April 11, 2006.

/s/ Steven T. Wax  
Steven T. Wax  
Federal Public Defender

/s/ Bryan E. Lessley  
Bryan E. Lessley  
Assistant Federal Public Defender

/s/ Ruben L. Iñiguez  
Ruben L. Iñiguez  
Assistant Federal Public Defender