PETITIONER'S EXHIBIT A

Unclassified CSRT Transcript Of Amin Ullah

## UNCLASSIFIED / FOUO

### Summarized Sworn Detainee Statement

When asked by the Tribunal President if the detainee understood the CSRT process, the Detainee answered, "Yes."

Tribunal President: Do you have any questions concerning the Tribunal process?

Detainee: No sir, but if you have any questions ask them.

[While the Recorder was reading the unclassified summary the Detainee asked if he could respond to the accusations.]

Tribunal President: You will have an opportunity to speak in just a moment.

Detainee: When you are finished?

Tribunal President: Yes.

Tribunal President: Do you wish to make a statement to this Tribunal?

Detainee: Yes.

Tribunal President: Would you like to make your statement under oath?

Detainee: First I must I explain about the charges against me, whether I committed them or not and then I will swear that I told the truth.

Tribunal President: Very well, please make your statement.

Detainee: Before when I was interrogated, I swore to them I would tell them nothing but the truth. I told the interrogators everything since I was ten years old up to the time I served as a soldier for President Dahoud in Afghanistan. When the Taliban came to our area I had a half-brother. I had one brother that left my house. I have three small children that I worked hard for to provide food. I was a poor person. When the Taliban arrived I had a brother-in-law named Najib. They took Najib by force; he was just recently married and had a new baby girl. They took him by force, put him in jail and he was lost. Forty days later we found his dead body. They told me to join them and if I didn't they would kill me also. I told them my children were very young and I needed to take care of them. I told them I wouldn't go with them and they could not recruit me. They then took me by force and put me in jail. Another individual approached them and told them I was an old man and to let me go. This same individual then told me there was no one in my household and asked why I didn't go with them and join them. I then decided to go with them.

### UNCLASSIFIED / FOUO

002437

UNCLASSIFIED / FOUO

I am presenting this information to you and you can decide and find out if I have lied to you.

After that I joined them and they provided me with ten individuals with weapons. At night I would go home and take care of my family. Then they arrested me again. The providence of Konduz and Bairan, providencies in Afghanistan, everybody there knows they arrested me and put me in jail. They then pushed me again to serve them. I asked them how was I suppose to provide food for my family and told them I would not go with them again. I then heard rumors and news on the radio that American forces were coming to my land. I was happy because I knew I would be freed and able to go back to my family. When your forces reached Kabul, they had not reached Konduz yet; I took my ten men with their weapons and went to one of the commanders by the name of Bahg. Then your forces reached Konduz. I was fighting between the Taliban forces and the United States forces. When the United States forces defeated them they left Konduz and went to Mazar. I then joined the coalition forces. I fought against the Taliban with the American forces. There were men and woman journalist there, taking pictures. I went to the American compound and they took me to a room with a video camera. He was taking pictures of some kind of paperwork. I asked him what he was doing and he told me he was sending a report that we had captured these areas. The planes were bombing and I joined your forces. We captured Khanabad and I was released. Four to five months after the fighting was over in my area and the defeat of the Taliban, I went to the government of Afghanistan and turned in the ten weapons that I had. I turned them into a Sergeant Abdul Basir. I then went back home. I like the current government in Afghanistan and I like the Americans because they sent two of my children to school. One year after that, Interim Afghani forces came to my house and arrested me. I have told you the truth. The accusations are wrong, please help me. I have a wife and kids and no one to take care of them. You are the leaders and I am the detainee, what ever you decide, you decide.

Tribunal President: Will you state now that everything you just told us is the truth?

Detainee: Sure, first I will swear and then you can ask. You have your forces in Afghanistan they can go and ask. I was told in the beginning not to lie and I promised them I would not lie.

Tribunal President: That's good.

Detainee: I will swear and then you can ask.

Tribunal President: Your word that you have told the truth is what I wanted to hear.

Tribunal President: Personal Representative do you have any questions for the Detainee?

Personal Representative: Yes I do.

ISN #848
Enclosure (3)
Page 2 of 5
002438

UNCLASSIFIED / FOUO

**UNCLASSIFIED / FOUO**

**Summarized Answers in Response to Questions by the Personal Representative**

Q. You stated, you were arrested by the Taliban after you joined them.

A. First they captured me.

Q. Why were you put in prison by the Taliban forces?

A. The first time I was captured and put in prison I was serving the Rabani. When the Taliban took me they asked why I served Rabani, they said I had to serve them. At that time Rabani was the President and I was a solider. I had to go to the compound and learn how to walk like a soldier.

Q. Were you imprisoned by the Taliban just that one time, or more often?

A. No, twice.

Q. When were you in prison the second time?

A. I cannot recall the time and date the first time I was put in jail. The second time when they killed my brother-in-law, they told me I had to join them and I did. The two times I was put in jail was because I wouldn't join them.

Q. How long were you in jail?

A. First time 40 days, the second time 16 or 17 days. Maybe 19 days, it was Ramadan.

Q. When you turned in your weapons to Sergeant Basir did you get anything in return?

A. Yes, he gave me a receipt.

Q. What was the date you turned in your weapons?

A. I turned in my weapons four to five months after the defeat of the Taliban.

**Summarized Answers in Response to Questions by the Tribunal Members**

Q. One of the accusations against you is that you assembled a team to hijack a United Nations aircraft. Do you know anything about that?

A. The only airplanes I have seen are in the sky. When I was captured I traveled on a plane from Konduz to Baghram. I traveled from there to here. Those are the only times I have been in a plane. I was blindfolded and didn't know what the

ISN #848
Enclosure (3)
Page 3 of 5

**UNCLASSIFIED / FOUO**

002439

## UNCLASSIFIED / FOUO

plane looked like. Yes, I have seen your planes in the sky. In Afghanistan all we have is this much bread and we have to work hard for it.

Q.    So the Taliban never asked you to try and hijack a U.N. airplane?

A.    Who am I for them to ask me to do this kind of thing? They should contact some one bigger than me. I fought with your forces against them.

Q.    I understand when you were captured, but do you know what year it was they killed your brother-in-law and forced you to join the Taliban?

A.    To be honest I don't remember no times or dates. All I have is one and three quarters of an acre of property and work hard to serve my family. We are two brothers and in the same house.

Tribunal President: Do you have any other evidence you wish to president to this Tribunal?

Detainee: I asked you to present my two witnesses. I have my districts and providences and you could not bring them here. I have the receipt that I gave up my weapons. It is not with me but everybody knows it. I was three years old when my father died and six years old when my mother died. My older sister raised us and we had to work hard. My children are very young and have nothing to eat. I don't have money to buy another house and that is why we had to live together.

Tribunal President: Is there anything else you would like to say?

Detainee: All I ask you, our leaders, is to ask. Because of some one else's accusations, don't keep me here.

Tribunal President: Personal Representative do you have anything else to present to the Tribunal?

Personal Representative: No sir.

[As the Tribunal President was reading the instructions on the Tribunal decision the Detainee stated.]

Detainee: I am not an enemy of America I am a friend. The things I told you are the truth and you can find this out. And now my children are very happy.

ISN #848
Enclosure (3)
Page 4 of 5

## UNCLASSIFIED / FOUO

002440

UNCLASSIFIED / FOUO

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Tribunal President

UNCLASSIFIED / FOUO

**PETITIONER'S EXHIBIT B**

**Declaration of Bryan E. Lessley**

Steven T. Wax, Oregon State Bar No. 85012
Federal Public Defender
E-Mail: Steve_Wax@fd.org
Ruben L. Iniguez
Assistant Federal Public Defender
Email: Ruben_Iniguez@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Attorneys for Petitioner

Bryan E. Lessley, Oregon State Bar No. 92081
Assistant Federal Public Defender
Email: Bryan_Lessley@fd.org
151 W. 7th, Suite 510
Eugene, OR 97401
Tel: (541) 465-6937
Fax: (541) 465-6975
Attorney for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH,<br><br>                Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH, et al.,<br><br>                Respondents. | 05-CV-1237-ESH<br><br>DECLARATION OF BRYAN E. LESSLEY |

Bryan E. Lessley, first being duly sworn, deposes and says:

**Page 1 - DECLARATION OF BRYAN E. LESSLEY**

1.      I am an Assistant Federal Public Defender for the District of Oregon and one of the counsel of record for the petitioner in this matter. In that same capacity I am also one of the counsel of record in *Chaman v. Bush, et al.*, No. 05-CV-887-RWR (D.D.C.).

2.      The only record I have seen of CSRT or ARB proceedings for Petitioner Amin Ullah is affixed as Exhibit A to the Petitioner's Supplement to Motion to Require Filing of Factual Return. This transcript does not contain a list of allegations made against Petitioner Amin Ullah either at his CSRT or ARB proceedings; therefore, I am unable to compare the allegations.

3.      In the case of Petitioner Chaman, the other matter in which I am counsel of record, the CSRT and ARB allegations are not identical, and the ARB allegations include matters not referred to or included within the CSRT. The unclassified CSRT allegations against Petitioner Chaman include the following:

3.a. The detainee is associated with al Qaida, the Taliban and their associated forces:

3.a.1. When captured, the detainee possessed current intimate knowledge of the logistical, financial, and operational structure of al Qaida, the Taliban and their associated forces.

3.a.2. The detainee attended a meeting of then current al Qaida, Taliban, and Hezb-I Islami Gulbuddin (HIG) operatives held in Peshawar, Pakistan.

3.a.3. When captured, the detainee possessed current intimate knowledge of the HIG command inner circle. This knowledge includes its structure, membership, and hierarchy of influence.

**Page 2 - DECLARATION OF BRYAN E. LESSLEY**

3.a.4. When captured, the detainee possessed knowledge of current HIG plans to attack U.S. Forces stationed in Afghanistan.

3.b. The detainee engaged in hostilities against the United States or its coalition partners.

3.b.1. The detainee collected intelligence to facilitate a planned attack on coalition interests in late 2002 and early 2003.

4.      I have not seen a complete list of the allegations made against petitioner

Chaman in his 2005 ARB proceeding. However, the unclassified transcript of that

proceeding shows that the tribunal listed at least some of them in their questioning. The

ones which they listed were:

3.a.1. While at the Babadeer Refugee Camp the Detainee joined the Islamic religious party of Mulawee Mohammed Nabi.

3.a.2. The Detainee fought as a member of the Mulawe Mohammed Nabi party all through the Russian occupation. For the first few years of the fighting, the Detainee was a simple soldier, but after a few years he became a commander of about 15 fighters.

3.a.3. The Detainee joined Hezbi Islami Gulbuddin for six months as a commander in mid 1990 when Hezbi Islami Gulbuddin was fighting Ahmad Shah Massoud and the Northern Alliance.

3.a.4 The detainee is a Hezbi-I Gulbuddin field general.

3.b. The detainee traveled with other men to the Traareemanqat area of Afghanistan, near the Pakistan border, and learned to shoot a bolt-action five-shot rifle.

3.c.1. The detainee was a personal friend of Hekmatyar Gulbuddin and last met with Gulbuddin in Kabul, Afghanistan, when Gulbuddin was Afghanistan's vice-president.

**Page 3 - DECLARATION OF BRYAN E. LESSLEY**

3.c.2. The detainee is the assistant of Kashmir Khan, who is subordinate only to Gulbuddin Hekmatyar in HIG.

3.c.4. The detainee, Almas, Qalam, and Salangi are all well-known associates who are heavily involved in the drug trade and other illegal activities in Kabul.

3.c.5 Bashir Salangi, the chief of police in Kabul, has strong ties with weapons and drug-smuggling activities, and Detainee No. 1021 and Qalam are major players in these operations.

3.c.6. In the beginning of 1991, Detainee No. 1021 was accepted into the Northern Alliance and instructed to remain in Hezb-I Islami Gulbuddin and remain in Surubay (Sorobei) or to report Hezb-I Islami Gulbudding activities, movements, and operations.

3.c.7. Detainee No. 1021 was given money in exchange for information on Hekmatyar.

3.c.8. The detainee attended a meeting between members of al Qaida, Taliban, and Hezb-I Islami Gulbuddin in Peshawar, Pakistan.

3.c.9. The detainee visited Mayor Muzgul in Muzaferabad, Pakistan, on numerous occasions.

3.d.1. The detainee, Qalam, and Sardad were operating in Kabul and collecting information about the Afghan government and possibly the United States forces.

3.d.2. The detainee, Qalam, and Sardad set up checkpoints on the main road between Jalalabad and Kabul." At the checkpoints, they would stop and search cars, steal items of merchandise they wanted, and demand money from the drivers.

3.d.3. The detainee and Qalam were given explosives along with instructions for placing them along the road from Kabul to Jalalabad, on February 16, 2003, by an important Hezb-I Islami Gulbuddin member.

3.d.4. The detainee worked as an intelligence informant for the Afghanistan Information Ministry. The detainee was offered a job collecting information due to his personal relationship with Hezb-I Islami Gulbuddin and Taliban commanders.

**Page 4 - DECLARATION OF BRYAN E. LESSLEY**

3.d.5. While employed with the Information Ministry, the detainee was tasked with collecting information about Hezb-I IslamiGulbuddin commanders in various Afghanistan districts.

3.d.6. Detainee No. 1021 commanded a unit of approximately 40 soldiers and held the rank of brigade general, during a three-month campaign that was fought against the Taliban/al Qaida forces in the Shaheekut, Gardiz, area of Afghanistan during the spring of 2002.

3.d.7. The detainee claims to have . . . 20 total years of experience, 12 years against the Soviets, five years against the Taliban and one year against the Hezb-I Islami Gulbuddin.

3.d.8. The detainee was hired by an American contractor through a subcontractor (Esko) to guard shipments of equipment on a route between Herat and Kabul.

3.d.9. In December of 2002, an American contractor corporation employee provided the detainee with a list of named Afghan security element personnel. The list included weapons serial numbers.

3.d.10. The detainee intended to place a bomb at Camp Serenity at Pol-e-Charkhi during the upcoming grand opening ceremony for the radio network station at Camp Serenity. The main target for this attack was President Karzai, the United States Ambassador to Afghanistan, and other high-ranking Afghani officials.

5.     By listing these allegations here I in no way admit any legitimacy in them. On

petitioner Chaman's behalf I have filed lengthy responses to these allegations denying that

//

//

//

//

//

**Page 5 - DECLARATION OF BRYAN E. LESSLEY**

he is, or ever has been, an enemy combatant who has ever acted against the interests of the

United States.

This the 4th day of August, 2006.



Bryan E. Lessley
Asst. Federal Public Defender

Subscribed to and sworn before me this 4th day of August, 2006.

OFFICIAL SEAL
KIMBERLY R ELLIS
NOTARY PUBLIC–OREGON
COMMISSION NO. 376998
MY COMMISSION EXPIRES FEB 2, 2008

Notary Public of Oregon
My Commission expires: 2/2/08

**Page 6 - DECLARATION OF BRYAN E. LESSLEY**