Ruben L. Iñiguez
Assistant Federal Public Defender
ruben_iniguez@fd.org
Bryan E. Lessley
Assistant Federal Public Defender
bryan_lessley@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH,<br><br>             Petitioner,<br><br>     v.<br><br>GEORGE W. BUSH, et al.,<br><br>             Respondents. | CV 05-1237 (ESH)<br><br>NOTICE OF FILING |

Notice is hereby given that, on August 15, 2007, undersigned counsel submitted for review to the Court Security Officer via Federal Express next-day delivery a Motion for Reconsideration and Request for Briefing Schedule.

Respectfully submitted on August 16, 2007.

          /s/ Ruben L. Iñiguez
          Ruben L. Iñiguez
          Assistant Federal Public Defender

          /s/ Bryan E. Lessley
          Bryan E. Lessley
          Assistant Federal Public Defender