# EXHIBIT A

---

# EXHIBIT B



"Warden, Andrew (CIV)"
<Andrew.Warden@usdoj.gov
>

08/09/2007 09:53 AM

To  "Steve Wax" <Steve_Wax@fd.org>, "Bryan Lessley"
    <Bryan_Lessley@fd.org>, "Ruben Iniguez"
    <Ruben_Iniguez@fd.org>

cc

bcc

Subject  GTMO Transfer -- Aminullah

Dear Counsel:

I am writing to inform you that the United States has relinquished custody of petitioner Aminullah (ISN 848) and transferred him to the control of the Government of Afghanistan. *See* http://www.defenselink.mil/releases/release.aspx?releaseid=11219. We will file a notice of transfer of transfer on the public docket in *Aminullah v. Bush* , 05-CV-1237 (ESH).

Best regards,


Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470