Ruben L. Iñiguez
Assistant Federal Public Defender
ruben_iniguez@fd.org
Bryan E. Lessley
Assistant Federal Public Defender
bryan_lessley@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH, | CV 05-1237 (ESH) |
| Petitioner, | |
| v. | PETITIONER'S MOTION FOR A REPORT CONCERNING HIS STATUS AND POTENTIAL EXECUTION |
| GEORGE W. BUSH, et al., | |
| Respondents. | |

Petitioner Amin Ullah, through his attorneys, Assistant Federal Public Defenders Bryan E. Lessley and Ruben L. Iñiguez, respectfully submits this Motion requesting the Court to order Respondents to provide a report to the Court concerning his status while in the purported custody of the Afghan government at the national security wing of Pol-i-Charki prison, which the United States government concedes was constructed and is staffed by United States personnel. Recently, 15 prisoners were executed at Pol-i-Charki, the first official executions in Afghanistan in more than three years. Given the United States' transfer of Amin Ullah to Pol-i-Charki (which Respondents failed to disclose to this

Court) (*see* CR 36), significant concerns exist concerning Amin Ullah's treatment. Accordingly, Petitioner Amin Ullah respectfully requests that Respondents report to the Court: (1) whether he is scheduled for execution; (2) whether he has been charged with any offense or crime; and (3) whether the terms and conditions of his purported transfer to the custody of the government of Afghanistan prohibit his execution. The grounds for this Motion are more fully set forth below.

## I. FACTUAL BACKGROUND: RECENT SUMMARY EXECUTIONS AT AFGHANISTAN'S POL-I-CHARKI PRISON

International news outlets recently reported that at least 15 summary executions were carried out at night at Pol-i-Charki prison outside Kabul, Afghanistan. *See, e.g.,* Jason Straziuzo, *15 Executions Break Afghan Moratorium*, The Guardian, October 8, 2007 (attached hereto as Exhibit A; hereinafter referred to as "Strazuizo"); BBC News, *Fifteen Executed in Afghanistan*, October 8, 2007 (attached hereto as Exhibit B; hereinafter referred to as "BBC News"). Afghan state television reported that the executions were carried out "in order to prevent future crimes, such as murders, armed robberies, kidnaping, and to maintain the stability of the country." Straziuzo, *supra*. It also has been reported that some of the prisoners were "low level militants," BBC News, *supra*, and that a number of persons convicted of political crimes were among the dead. *Id*. In addition to the 15 prisoners already executed, it has been reported that more executions may take place at Pol-i-Charki in the coming weeks and months. Agence France Presse, *Afghan Prisoners on Hunger Strike After Executions*, October 10, 2007 (attached hereto as Exhibit C). Because of the security at Pol-i-Charki and undersigned counsel's lack of any direct contact with Amin Ullah, counsel have no way to ascertain whether he is among those prisoners who may be executed or, indeed, anything else about his status while in the

national security wing of Pol-i-Charki. Given the United States' conceded supervisory role at Pol-i-Charki's national security wing, Respondents should possess relevant information.

Petitioner Amin Ullah brings this development to the Court's attention because the recent executions, which were effected by firing squad, mass-execution style, constitute a significant departure from the *status quo ante* at Pol-i-Charki. Since the U.S.-led invasion in 2001, there has been only one previous execution, in 2004. International Herald Tribune, *Afghanistan executes 15 prisoners at Kabul prison,* October 8, 2007 (attached hereto as Exhibit D). Formerly, during the Soviet occupation of Afghanistan, Pol-i-Charki prison was a notorious death camp, "a kind of Buchenwald" in the words of the United Nations. Close to 17,000 prisoners were murdered there in night executions common during that period. With the 15 recent executions carried out during the night hours of October 8, Pol-i-Charki may be on a path to reestablish its former infamy.

In the course of the furor over the most recent executions, international news sources have reported that the Afghan government has entered into agreements with at least some of the NATO countries carrying out military operations in Afghanistan that preclude execution of any detainees transferred to its custody. A spokesperson for Canada's Foreign Affairs Department stated: "The arrangements the government of Canada has signed with the government of Afghanistan, concerning the treatment of detainees, stipulates that no Canadian transferred detainees may receive the death penalty." The Canadian Press, *Canada reminds Afghanistan not to execute captured insurgents*, October 10, 2007 (attached hereto as Exhibit E). The Netherlands has a similar "memorandum of understanding" with the Afghan government. International Herald

Tribune, *Afghanistan to carry out more executions of convicted felons, after 15 shot to death*, October 8, 2007 (attached hereto as Exhibit F).

## II.    THE NEED FOR A REPORT ON THE STATUS OF AMIN ULLAH

More than two months ago, on August 10, 2007, Respondents provided "notice that the United States has relinquished custody of petitioner Aminullah [sic] (ISN 848) and transferred him to the control of the Government of Afghanistan." CR 33. Three days later, the Court *sua sponte* entered a minute order directing that "the above-captioned case should be administratively closed and removed from the Court's docket." Amin Ullah immediately moved for reconsideration of the minute order. CR 34-35. Among other things, he noted that, although he was transferred to the putative custody of the Afghan government six days earlier, he remained in the constructive custody of the United States. CR 35. Respondents opposed the reconsideration motion. CR 36. They failed, however, to disclose the fact that they had transferred Amin Ullah to Pol-i-Charki's national security wing. On September 17, the Court "dismissed [Amin Ullah's motion for reconsideration] without prejudice pending the resolution of whether this Court has jurisdiction over the habeas claims of aliens held as enemy combatants by the U.S. government."

This Court has jurisdiction under the All Writs Act, 28 U.S.C. § 1651, to assure that Amin Ullah is not subject to execution, which most certainly would moot his petition and deprive him of the remedies of habeas corpus. As noted, Amin Ullah has asserted that he remains in constructive custody of the United States despite his transfer to Afghanistan and, more specifically, Pol-i-Charki. Respondents assert that, although the United States is involved in the supervision of Pol-i-Charki's national security wing on an advisory and mentoring basis, it is not in actual physical control of Amin Ullah's continued confinement.

Petitioner submits that the United States, having conceded its supervisory role at Pol-i-Charki, is engaging in technical legalisms to sub-contract detention. The United States maintains effective control while attempting to evade accountability to the judicial branch.

Regardless of the outcome of this factual dispute, Respondents should be made to provide this Court with the basic report requested herein. Even if the United States were not in control of Amin Ullah's confinement, it has conceded that its personnel are on duty at Pol-i-Charki and that the United States military functions, at least, in an advisory capacity with daily contact at the prison. Accordingly, Respondents should be able to ascertain whether Amin Ullah is currently scheduled for execution and to confirm whether he has been charged with any crime or offense under Afghan law.[1] Finally, the United States is clearly able to report to the Court and counsel whether the conditions of his purported "transfer" to Afghan custody include a stipulation that he not be subject to execution.

For each of the foregoing reasons, Petitioner Amin Ullah respectfully requests that this Court order Respondents to report, within three (3) days of the issuance of this Court's Order, on the issues set forth herein.

Respectfully submitted on October 25, 2007.

/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Assistant Federal Public Defender

/s/ Bryan E. Lessley
Bryan E. Lessley
Assistant Federal Public Defender

---

[1] Undersigned counsel are conscious of the unique nature of this motion, which essentially requests that Amin Ullah's continued life be certified by Respondents. Regrettably, because counsel have no access to Amin Ullah, they have no alternative but to seek the Court's assistance in this matter.

# EXHIBIT A

Sign in · Register



Go to:  Guardian Unlimited home  [ ] [Go]

Read today's paper · Jobs

Search:                          [Go]

○ Guardian Unlimited  ○ Web



**Guardian**Unlimited  **Guardian**Unlimited

| Home | UK | Business | Audio | Podcasts | The Wrap | News blog | Talk | Search |
| The Guardian | World | News guide | Arts | Special reports | Columnists | Technology | Help | Quiz |



Breaking news International

# 15 Executions Break Afghan Moratorium

Monday October 8, 2007 8:46 PM

By JASON STRAZIUSO

**Associated Press Writer**

KABUL, Afghanistan (AP) - Ending a three-year moratorium on the death penalty, Afghanistan executed 15 prisoners by gunfire, including a man convicted of killing three foreign journalists during the U.S.-led invasion, the prisons chief announced Monday.

The United Nations protested the executions, which could complicate the missions of some NATO nations here.

The mass execution took place Sunday evening according to Afghan law, which calls for condemned prisoners to be shot to death, said Abdul Salam Ismat, who oversees Afghanistan's prisons.

The crimes committed by those executed included murder, kid, many of them at the Kabul stadium. The new government pledged to the international community it would halt executions, and had carried out only one previously, in 2004.

The 15 deaths could complicate relationships between the government and some NATO countries with military forces here. Foreign troops often hand over captured militants to the Afghan government, raising the question of whether countries that do not use the death penalty might stop surrendering prisoners.

The Netherlands was one of the first to criticize the Afghan announcement, calling the executions ``extremely unwelcome.'' But it also said Dutch troops would continue to transfer militants to the Afghan government, saying it had an agreement protecting those prisoners from execution.

Southwick Wins Confirmation
4:46 pm

Bush Declares California Disaster Area
4:46 pm

Calif. Wildfire Losses Top $1 Billion
4:46 pm

White House Edited CDC Climate Testimony
4:46 pm

New Charges Filed in Simpson Case
4:46 pm

Wildfire Losses Top $1 Billion
4:46 pm

Rice: Mideast Peace Solution in Jeopardy
4:46 pm

Document: Climate Change Remarks Altered

**4:46 pm**

Rice: Mideast Peace
in Jeopardy
**4:46 pm**

Uzbek Human Rights
Defender Arrested
**4:46 pm**

From the Associated Press

Anger over the executions also could prove a snag for NATO's efforts to get its member nations to send more troops to Afghanistan. NATO has some 40,000 soldiers here but commanders complain they need more helicopters, mobile troops and instructors to train the Afghan army.

``The fact that we have not fully been able to live up to the promises that nations have made is a point of concern for me,'' NATO Secretary-General Jaap de Hoop Scheffer said Monday in Denmark before the executions were announced.

Among those executed was Reza Khan, who was convicted of adultery and the murder of one Afghan and three foreign journalists in 2001. The four were pulled from their cars, robbed and shot near the eastern city of Jalalabad while driving toward Kabul six days after the Taliban abandoned the capital under heavy U.S. bombing.

The four were Australian TV cameraman Harry Burton, Afghan photographer Azizullah Haidari of the Reuters news agency, Maria Grazia Cutuli of Italian newspaper Corriere della Sera and Julio Fuentes of the Spanish daily El Mundo.

Also executed was Farhad, who is also known as Pahlavan and like many Afghan used only a single name. He was involved in the 2005 kidnapping of Italian aid worker Clementina Cantoni; she was freed after three weeks.

Tom Koenigs, head of the U.N. Assistance Mission in Afghanistan, said the U.N. had expressed its concern over the use of the death penalty many times in the past.

``The United Nations in Afghanistan has been a staunch supporter of the moratorium on executions observed in Afghanistan in recent years,'' Koenigs said. ``I expect Afghanistan to continue working towards attaining the highest human rights standards and ensuring the due process of law and the rights of all citizens are respected.''

The government's official announcement of the executions came on state television Monday evening, saying said Karzai ordered the executions following a decision by a special commission he set up to review rulings by the Supreme Court.

``After all the discussions and after looking back over the cases ... in order to prevent future crimes, such as murders, armed robberies, kidnappings, and to maintain the stability of the country, (Karzai) approved the prisoners' death sentences,'' a statement read over the news said.

Karzai's spokesman, Humayun Hamidzada, had told The Associated Press last week that Karzai was taking ``extreme care in execution cases.''

``He has been holding on to these cases because he wants to make sure that the justice is served and the due process is complete. He personally does not like executions, but Afghan

law asks for it, and he will obey the laws," Hamidzada said.

The Dutch Foreign Ministry expressed distress at the executions.

``For the Netherlands, the abolition of the death penalty is one of our priorities in terms of international human rights policy,'' spokesman Bart Rijs said. ``We had understood there was a moratorium on the death penalty in force.''

Rijs said Dutch troops would continue to hand over prisoners because the Netherlands had signed a memorandum of understanding with Karzai's government guaranteeing those inmates would not be executed. Rijs said there were 10 such prisoners and all were believed in good health.

Amnesty International said six countries were responsible for 91 percent of all known executions worldwide last year: China, Iran, Iraq, Pakistan, Sudan and the United States. Eighteen other countries also carried out executions, the group said.

---

Associated Press writers Rahim Faiez and Amir Shah in Kabul and Toby Sterling in Amsterdam, Netherlands, contributed to this report.

Privacy policy  |  Terms & conditions  |  Advertising guide  |  A-Z index  |  About this site
Join our dating site today

Guardian Unlimited © Guardian News and Media Limited 2007

# EXHIBIT B

BBC NEWS

# Fifteen executed in Afghanistan

**Fifteen people in Afghanistan have been put to death for crimes including murder, government officials say.**

They say that the firing squad deaths are the second confirmed executions since the fall of the Taleban in 2001.

Officials say the 15 were shot at Afghanistan's largest prison Pul-e-Charkhi. The last such executions were in April 2004.

Pul-e-Charkhi is a huge prison complex built in the 1970s on the outskirts of the Afghan capital, Kabul.

**Commonplace**

Correspondents say the vast and run-down jail is notorious for the disappearance and torture of thousands of Afghans during the country's communist era.

Officials say the executions took place on Sunday evening according to Afghan law, which stipulates that condemned prisoners should be shot.

Correspondents say public executions were commonplace during the Taleban's rule, when many people were put to death at the war-shattered Kabul stadium.

The last person to be executed - in April 2004 - was military commander Abdullah Shah, who was found guilty of a series of murders.

Analysts say President Karzai may have authorised the latest executions because he wants to send out a message ahead of elections next year that he is tough on crime.

About 300 people are currently on death row for crimes such as murder, rape and armed robbery.

Others have been condemned for kidnapping and "political crimes" such as bombings and anti-government activities.

The Pajhwok Afghan News agency has reported that some of those who were shot on Sunday were "low-level militants". It did not state whether or not they were linked to the Taleban.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/south_asia/7034290.stm

# EXHIBIT C

 NEWS

Back to Story - Help

## Afghan prisoners on hunger strike after executions



Wed Oct 10, 5:37 AM ET

Dozens of inmates at Afghanistan's main prison in Kabul have been on a hunger strike for three days to protest the executions at the weekend of 15 convicts, the head of prisons said.

The inmates at the Pul-i-Charki prison started their protest soon after the 15 men were taken from the jail late Sunday and put before a firing squad for crimes including murder, kidnapping and attacks on government security forces.

They were the second known executions carried out in the past six years by the post-Taliban government.

"It is the third day of their hunger strike today," Afghanistan's head of prisons, Abdul Salam Asmat, told AFP. "They are apparently protesting the execution of the 15 criminals."

Most of the striking prisoners are linked with the extremist Taliban and Al-Qaeda groups that are behind an insurgency launched six years ago, he said.

Asmat would only put the number involved in the protest at "tens". Local media reported that two dozen inmates were forcing around 200 others not to eat, but he would not confirm the figure.

The Pajhwok Afghan News agency cited the head of the prison, Shah Amir Khan, as saying most of the striking prisoners had criticised the process by which the executions were carried out as lacking transparency.

The United Nations and Afghanistan's main human rights body have expressed concern about the judicial processes that led to the weekend executions.

"I am deeply troubled by this sudden resort to execution, after three years of refraining from carrying out the death penalty," the UN High Commissioner for Human Rights Louise Arbour said in a statement Tuesday.

About 300 people are on death row awaiting President Hamid Karzai's execution order, having been sentenced since 2001, when the hardline Taliban movement -- which carried out public executions -- was driven from government.

---

Copyright © 2007 Agence France Presse. All rights reserved. The information contained in the AFP News report may not be published, broadcast, rewritten or redistributed without the prior written authority of Agence France Presse.
Copyright © 2007 Yahoo All rights reserved.Copyright/IP Policy |Terms of Service |Help |Feedback
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our» Privacy Policy

# EXHIBIT D

INTERNATIONAL

## 𝔥𝔢𝔯𝔞𝔩𝔡 𝔗𝔯𝔦𝔟𝔲𝔫𝔢

## Afghanistan executes 15 prisoners at Kabul prison

**The Associated Press**
Monday, October 8, 2007

**KABUL, Afghanistan:** Afghanistan executed 15 prisoners — one convicted of killing foreign journalists — an official said Monday, ending three years without the death penalty and drawing U.N. criticism.

The punishment also raised concerns of possible complications for NATO missions in the country.

The executions were carried out Sunday evening according to an Afghan law that requires condemned prisoners be shot dead, said prisons chief Abdul Salam Ismat.

PROFIT STRATEGIES

Learn trading techniques to gain financial independence.

FREE 2-day
Stock Trading Seminar

Sign Up Today

Crimes committed by those killed included murder, kidnapping and armed robbery. Officials said no Taliban or al-Qaida fighters were among them.

Afghanistan's hard-line former Taliban regime conducted public executions, many at the war-shattered Kabul stadium. That stopped after the Taliban's ouster in late 2001.

The new government had told the international community it would halt executions. It carried out only one previously, in 2004.

The 15 deaths could complicate relationships between Afghanistan and some NATO countries with military forces operating in the country.

International troops often take militants prisoner and hand them over to the Afghan government — but some countries, like the Netherlands and Canada, might not do so if Afghanistan is known to use capital punishment.

The Netherlands called the executions "extremely unwelcome," but said Dutch troops would continue to hand over prisoners to the Afghan government. Canada abolished the death penalty in 1976.

Among those shot Sunday was Reza Khan, sentenced for adultery and the slaying of three foreign and one Afghan journalists in 2001. The four were pulled from their cars, robbed and shot near the eastern city of Jalalabad while they were driving toward Kabul six days after the Taliban abandoned Kabul following heavy U.S. bombing.

The four were Australian TV cameraman Harry Burton, Afghan photographer Azizullah Haidari of the Reuters news agency, Maria Grazia Cutuli of Italian newspaper Corriere della Sera and Julio Fuentes of the Spanish El Mundo daily.

Also executed was Farhad, known as Pahlavan, involved in the 2005 kidnapping of an Italian aid

worker Clementina Cantoni.

Tom Koenigs, the head of the United Nations Assistance Mission in Afghanistan, said the U.N. has expressed its concern over the use of the death penalty many times in the past.

"The United Nations in Afghanistan has been a staunch supporter of the moratorium on executions observed in Afghanistan in recent years," Koenigs said. "I expect Afghanistan to continue working towards attaining the highest human rights standards and ensuring the due process of law and the rights of all citizens are respected."

Afghan President Hamid Karzai's spokesman, Humayun Hamidzada, told The Associated Press last week that Karzai "takes extreme care in execution cases."

"He has been holding onto these cases because he wants to make sure that the justice is served and the due process is complete. He personally does not like executions, but Afghan law asks for it, and he will obey the laws," he said.

The government's official announcement during the news hour Monday evening said Karzai ordered the executions following a decision by a special commission he had set up to review Supreme Court rulings.

"After all the discussions and after looking back over the cases ... in order to prevent future crimes, such as murders, armed robberies, kidnappings and to maintain the stability of the country, (Karzai) approved the prisoners' death sentences," a statement read over the news said.

The Dutch Foreign Ministry labeled the news "extremely unwelcome."

"For the Netherlands, the abolition of the death penalty is one of our priorities in terms of international human rights policy," said spokesman Bart Rijs. "We had understood there was a moratorium on the death penalty in force."

Rijs said the Netherlands had signed a memorandum of understanding with the Afghan government guaranteeing that the Afghan government would not execute any prisoner handed over by the Netherlands. Rijs said there are 10 such prisoners and all are believed to be in good health.

"We don't see cause to change the detention policy of the Dutch in ISAF," he said.

London-based human rights group Amnesty International said six countries were responsible for 91 percent of all known executions worldwide last year: China, Iran, Iraq, Pakistan, Sudan and the United States. Eighteen other countries also carried out executions, Amnesty said.

——

Associated Press writers Rahim Faiez and Amir Shah in Kabul and Toby Sterling in Amsterdam, Netherlands contributed to this report.

Notes:

# EXHIBIT E

# AfghanNews.net

## Canada reminds Afghanistan not to execute captured insurgents

10. October 2007, 08:41

OTTAWA (The Canadian Press) - Canada's Foreign Affairs Department offered a muted response Tuesday to the execution of 15 prisoners in Afghanistan.

It refused to criticize the government of President Hamid Karzai, but noted that NATO-captured prisoners must be spared the death penalty and that human rights in general must be respected.

A Foreign Affairs spokesman read a prepared two-line statement after human rights groups criticized the silence coming out of Ottawa.

"Canada expects the government of Afghanistan to live up to its international human rights obligations," said Jamie Christoff.

"The arrangements the government of Canada has signed with the government of Afghanistan, concerning the treatment of detainees, stipulates that no Canadian transferred detainees may receive the death penalty."

The bland statement stands in contrast to the Dutch foreign ministry, which called the executions "extremely unwelcome."

Both Canada and the Netherlands oppose the death penalty.

A senior Conservative, who spoke off the record, suggested that the Harper government is reluctant to "interfere" in what is an internal matter for the Afghans. Canadian military officials in Kandahar said the same thing.

The prisoners were tried under Afghan law, government officials said. But several organizations, including the United Nations, have expressed concern about the state of the war-torn country's justice system, which has been described as "a work in progress."

The lawyer for two human rights groups said the Conservative government's initial silence and then half-hearted response raises serious questions about its commitment to upholding Canada's opposition to the death penalty.

"This calls into question our involvement with the Afghan government generally," said Paul Champ, a lawyer for Amnesty International and the B.C. Civil Liberties Association.

"When it comes to the detainees Canada and other NATO countries are handing over, we have to be seriously concerned about whether the death penalty is going to be applied to those individuals."

On Sunday, Afghanistan's chief of prisons announced that 15 prisoners had been executed, including the man responsible for the murders of three Western journalists and a local photographer in 2001.

It's the first time in three years that the death penalty has been imposed in Afghanistan and likely won't be the last. Karzai's government says it will continue to execute prisoners, but not those captured by NATO forces - a guarantee Champ says no one can rely on because detainees in Afghan jails routinely go missing.

"They can't rely on any of the assurances that the Afghan government provides," he said.

"It's not because the Afghan government is deceptive or dishonest. The simple fact of the matter is they do not have the capacity to ensure they are going to observe those promises."

The sentences were carried out as Canada's foreign affairs minister, Maxime Bernier, wrapped up a visit to Kandahar over the weekend.

In Kandahar, Liberal defence critic Denis Coderre said he's worried about the executions and wonders whether the Afghan justice system is fair and independent enough to allow such drastic punishment. He said it harks back to the days when the Taliban held public executions in soccer stadiums.

"I'm against capital punishment so I'm very, very concerned," he said. "The Taliban were doing that. It's the same thing."

Both Amnesty and the civil liberties association have been fighting to halt the transfer to Afghan authorities of insurgents captured by Canadian troops. Both groups have warned that Afghanistan's spotty human rights record means that there is a likelihood that the prisoners could be abused or even killed.

Last spring, published reports said as many as three dozen Taliban fighters handed over to the Afghan prison system by Canadians had been abused. The revelation led Canada to sign a revised, tougher transfer agreement with the Karzai government.



The news and contents are the property of the source mentioned in the article.
Afghan News Network, Copyright © 2006

# EXHIBIT F

# INTERNATIONAL
# Herald Tribune

## Afghanistan to carry out more executions of convicted felons, after 15 shot to death

**The Associated Press**
Monday, October 8, 2007

**KABUL, Afghanistan:** Afghanistan will continue with executions of inmates on death row, despite international concern over the recent killing of 15 convicted prisoners by gunfire at the country's main prison, a presidential spokesman said Tuesday.

Humayun Hamidzada, the spokesman for President Hamid Karzai said that executions at Pol-i-Charki prison the outskirts of Kabul will be a lesson "for those who are committing such crimes, as murder, kidnapping, adultery and rapes."

Afghanistan on Sunday executed 15 prisoners by gunfire, including a man convicted of killing three foreign

— advertisement —

## Do You Think the Market is Headed For a Fall?

In his latest report, *Forbes* columnist and money manager Ken Fisher tells you where he thinks the stock market is headed, and why. This must-read report includes his latest stock market prediction, plus straight talk on the markets, proprietary research, and analysis you won't find anyplace else. Don't miss it!

## Click Here to Download Your Report!

———————————— FISHER INVESTMENTS®

journalists during the U.S.-led invasion that toppled the Taliban regime in late 2001, officials said. Other crimes committed by those executed included kidnapping, adultery and armed robbery.

On Monday the U.N. protested the executions, which could complicate some NATO countries' Afghan missions because they oppose the death penalty.

The mass execution took place according to Afghan law, which calls for condemned prisoners to be shot to death, said Abdul Salam Ismat, who oversees Afghanistan's prisons.

The decision was made following pressure "from the people, from the law and the victims of the crimes," Hamidzada said.

"The Afghan government is doing what its laws dictate," he told a news conference in Kabul.

Officials said no Taliban or al-Qaida fighters were among those executed.

Afghanistan's former hard-line Taliban regime carried out public executions at Kabul stadium.

Among those executed was Reza Khan, who was convicted of adultery and the murder of one Afghan and three foreign journalists in 2001.

The four were Australian TV cameraman Harry Burton, Afghan photographer Azizullah Haidari of the Reuters news agency, Maria Grazia Cutuli of Italian newspaper Corriere della Sera and Julio Fuentes of the Spanish daily El Mundo.

Also executed was Farhad, also called Pahlavan. He was involved in the 2005 kidnapping of Italian aid worker Clementina Cantoni, who was freed after three weeks.

The leader of the group which kidnapped Cantoni, Temur Shah, was also on the list of the persons to be executed Sunday, but managed to flee, Hamidzada said.

Authorities were investigating the circumstances of his escape, he said.

Tom Koenigs, head of the U.N. Assistance Mission in Afghanistan, said the U.N. "has been a staunch supporter of the moratorium on executions observed in Afghanistan in recent years."

"I expect Afghanistan to continue working towards attaining the highest human rights standards and ensuring the due process of law and the rights of all citizens are respected," he said.

The government said Monday that Karzai had ordered the executions following a decision by a special commission he set up to review rulings by the Supreme Court.

"We of course respect the concerns raised by the international community, the U.N. and others, but the capital punishment is not only practiced in Afghanistan, but in many countries, including in Europe," Hamidzada said.

"What we do is what is best for our people and what is in light of our constitution," he said.

Foreign troops often hand over captured militants to the Afghan government, raising the question of whether some countries might stop surrendering prisoners.

Dutch Foreign Ministry spokesman Bart Rijs said on Monday his country "had understood there was a moratorium on the death penalty in force."

But he said Dutch troops would still hand over prisoners because the Netherlands had signed a memorandum of understanding with Karzai's government guaranteeing those inmates would not be executed.

---

Notes:

---

ADVERTISER LINKS

**A Muslim Europe?**
Edward Luttwak on Turkey's
plans for the Islamisation of
Europe
www.thefirstpost.co.uk

**Coffee Exposed**
A shocking secret big coffee
co's don't want you to know.
www.CoffeeFool.com

**Online Political Blog**
American Politics, Foreign
Affairs Online literary
criticism.
www.WestEndEjournal.com

**Clinton Or Obama**
Would You Rather Have
Clinton Or Obama As Your
Next President?
www.popularq.net

---

IHT    Copyright © 2007 The International Herald Tribune | www.iht.com