EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUZATULLAH, *et al.*,

          Petitioners,

v.                                                    Civil Action No. 06-1707 (GK)

RICHARD GATES, *et al.*,

          Respondents.

## ORDER

Upon consideration of Petitioner Ruzatullah's Motion for a Report by the United States Concerning His Status and Potential Execution, the Government's Opposition, and Petitioner's Reply, it is this 30th day of October, 2007, hereby

**ORDERED**, that the Motion is **denied**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**