# EXHIBIT D



United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 2 2007
CLERK

No. 07-5258

Ahmed Belbacha,
    Appellant

Salah Belbacha, as next Friend of Ahmed Belbacha,
    Appellee

    v.

George W. Bush, et al.,
    Appellees

BEFORE:    Sentelle, Rogers, and Brown, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for a stay pending appeal, the opposition thereto, and the reply, and the motion for an expedited appeal schedule, it is

**ORDERED** that the administrative stay entered by this court on July 30, 2007, be dissolved. It is

**FURTHER ORDERED** that the motion for a stay pending appeal be denied. See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir.), cert. granted, 127 S. Ct. 3078 (2007); see also Maxwell v. Snow, 409 F.3d 354, 358 (D.C. Cir. 2005) ("[T]his court is bound to follow circuit precedent until it is overruled by an en banc court or the Supreme Court."). It is

**FURTHER ORDERED** that the appeal be heard on an expedited basis in accordance with 28 U.S.C. § 1657(a). The Clerk is directed to enter a standard briefing schedule.

Per Curiam