IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1237 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon Petitioners' Motion for a Report Concerning His Status and Potential Execution, it is hereby

ORDERED that the motion is denied.


Dated: _____

UNITED STATES DISTRICT JUDGE