UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1237 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Upon consideration of Petitioner Amin Ullah's Motion for a Report Concerning His Status and Potential Execution [41] and the Government's Opposition thereto, it is hereby

**ORDERED** that the Motion is **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 20, 2007