Bryan E. Lessley
Assistant Federal Public Defender
bryan_lessley@fd.org
Ruben L. Iñiguez
Assistant Federal Public Defender
ruben_iniguez@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH,<br><br>                              Petitioner,<br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>                              Respondents. | CV 05-1237 ESH<br><br>NOTICE OF FILING PETITIONER'S STATUS REPORT PURSUANT TO ORDER OF JULY 3, 2008 |

Notice is hereby given that on July 11, 2008, undersigned counsel submitted via Federal Express next-day delivery to the Court Security Officer for review Petitioner's Status Report Pursuant to Order of July 3, 2008.

RESPECTFULLY SUBMITTED on July 14, 2008.

                                              /s/ Ruben L. Iñiguez
                                              Ruben L. Iñiguez
                                              Assistant Federal Public Defender


                                              /s/ Bryan E. Lessley
                                              Bryan E. Lessley
                                              Assistant Federal Public Defender