Bryan E. Lessley
Assistant Federal Public Defender
bryan_lessley@fd.org
Ruben L. Iñiguez
Assistant Federal Public Defender
ruben_iniguez@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:  503-326-2123
Fax:  503-326-5524

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN ULLAH,<br><br>                    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>                    Respondents. | CV 05-1237 ESH<br><br>NOTICE OF FILING PETITIONER'S RENEWAL OF MOTIONS FOR DISCOVERY AND RELIEF FROM STAY |

Notice is hereby given that on July 11, 2008, undersigned counsel submitted via Federal Express next-day delivery to the Court Security Officer for review Petitioner's Renewal of Motions for Discovery and Relief from Stay.

RESPECTFULLY SUBMITTED on July 14, 2008.

/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Assistant Federal Public Defender


/s/ Bryan E. Lessley
Bryan E. Lessley
Assistant Federal Public Defender