IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) ) ) GUANTANAMO BAY ) DETAINEE LITIGATION ) ) | Misc. No. 08-CV-444 (TFH) Civil Action No. 05-CV-1237-ESH |

**RESPONDENTS' OPPOSITION TO PETITIONER'S RENEWAL OF MOTION TO RECONSIDER ADMINISTRATIVE CLOSURE**

Petitioner Amin Ullah in *Ullah v. Bush*, Civil No. 05-CV-1237 (ESH) has moved for reconsideration of the administrative closure of his habeas petition. On August 13, 2008, the court directed the entry of administrative closure because petitioner has been transferred from the Guantanamo Bay Naval Facility. Petitioner's counsel represent that petitioner has been released from Guantanamo Bay Naval Facility, was for an unstated time detained at the Afghan National Defense Facility at Policharky in Kabul, Afghanistan, and has been, at least since April, 2008, released to his home in Afghanistan. Petitioner's counsel state that they do not know whether petitioner is subject to any restrictions or conditions. However, counsel aver that petitioner suffers collateral consequences because he remains designated as an "enemy combatant" by the United States.

The respondent asserts that the petitioner's release renders this matter moot, and it must be dismissed. That said, respondents recognize that the issue of whether former detainees at Guantanamo Bay are legally entitled to continue litigation of their habeas cases on the basis of a "collateral consequences" theory or otherwise is one common to many cases, including this one. Accordingly, any briefing on this question should be conducted in a coordinated fashion, consistent with the Resolution of the Executive Session of this Court (July 1, 2008). As for the timing of the adjudication of such claims, it would be inappropriate to advance the claims of

petitioners who have been released from Guantanamo Bay ahead of those who are currently detained, which are taking considerable effort on the part of the Court and the parties. Respondents are expending considerable effort to meet the Court's deadline of producing 50 factual returns per month, beginning on August 29, 2008. Consequently, petitioner's suggestion that attention be diverted from that task to litigate the claims of petitioner, who concedes he is no longer subject to any form of detention, is neither reasonable nor appropriate.

For these reasons, respondents respectfully submit, without waiver of any defense thereto, that the relief requested by petitioner is not appropriate at this time.

Dated: July 28, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar. No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents